UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JOSEPH L., JR,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5656 RSM

**ORDER DISMISSING CASE**

On August 7, 2023, Plaintiff filed a *pro se* Complaint seeking Social Security benefits. Dkt. 5-2. In his Complaint, Plaintiff alleges he was originally awarded benefits when he was 18 years old, but for reasons unknown, has since stopped receiving them. Dkt. 5-2. Plaintiff also filed an application to proceed *in forma pauperis* (IFP). Dkt. 5.

Plaintiff's Complaint did not contain factual assertions sufficient to support a facially plausible claim for relief. Dkt. 7 at 1 (citing *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citation omitted)). However, in view of Plaintiff's *pro se* status, the Court granted Plaintiff until August 30, 2023 to show cause as to why this case should not be dismissed for failing to state a claim for relief. Dkt. 7. The Court advised Plaintiff that it would not rule on his request to proceed IFP until he had responded to the Court's Order, and that Plaintiff's failure to respond to the Order may result in the dismissal of this case. *Id*.

Despite the Court's multiple attempts to ensure Plaintiff was apprised of its Order, Plaintiff has failed to respond. *See* Dkts. 7–10. Accordingly, the Court ORDERS this case is

ORDER DISMISSING CASE - 1

1  DISMISSED with prejudice.

2      The Clerk is directed to provide a copy of this Order to Plaintiff.

3      DATED this 8th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE